# MEMORANDA OF CASES

NOT REPORTED IN FULL.

---

MILES COMMANDER *vs.* MARY HAHN.

First Judicial District.

[Argued January 5th—decided January 7th, 1898.]

ACTION to recover for services rendered as a broker in the sale of real estate, brought to the Court of Common Pleas in Hartford County and tried to the jury before *Case, J.;* verdict and judgment for the plaintiff and appeal by the defendant for alleged error of the court in denying her motion for a new trial for a verdict against evidence. *No error.*

*William F. Henney,* for the appellant (defendant).

*Sidney E. Clarke,* for the appellee (plaintiff).

BY THE COURT. The opinion in the case of *Chatfield v. Bunnell,* 69 Conn. 511, controls the decision in this case.